```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/29/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                 :
SCOTT ERIC SANDERS, an individual, SCOTT  :
ERIC SANDERS, as father of, and fiduciary for,  :
Joshua Sanders and Jeremy Sanders,            :       20-CV-5621 (VEC)
                                Plaintiffs,  :
                                              :           ORDER
              -against-                           :
                                              :
MARCIE LYN SANDERS, an individual, et al., :
                                  Defendants.  :
-----------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on May 1, 2020, this action was removed from state court to the U.S. District Court for the Southern District of Florida, Dkt. 1;

       WHEREAS on July 21, 2020, the matter was transferred to the U.S. District Court for the Southern District of New York and assigned to the undersigned, Dkt. 44;

       WHEREAS on September 4, 2020, Defendants filed a Motion to Dismiss, which has been fully briefed, Dkts. 60, 65, 66, 72, 73;

       WHEREAS on January 21, 2021, Plaintiff filed a Motion to Disqualify counsel William Rome, Dkt. 74; and

       WHEREAS on January 29, 2021, the parties called chambers with a discovery dispute pursuant to the undersigned's Individual Practices in Civil Cases;

       IT IS HEREBY ORDERED that all discovery and Plaintiff's Motion to Disqualify counsel William Rome is STAYED through the Court's disposition of Defendant's Motion to Dismiss.  The Court will set an adequate discovery schedule after the resolution of the Motion to Dismiss.

The Clerk of Court is respectfully directed to stay discovery and the open Motion to Disqualify at docket entry 74.

**SO ORDERED.**

Date: **January 29, 2021**
**New York, NY**

**VALERIE CAPRONI**
**United States District Judge**