```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/16/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
                                                                  :

SCOTT ERIC SANDERS, an individual, SCOTT    :
ERIC SANDERS, as father of, and fiduciary for, Jo. S. :
and Je. S.,                                        :              20-CV-5621 (VEC)
                          Plaintiffs,   :
                                                   :                 ORDER
                -against-                      :

MARCIE LYN SANDERS, an individual, *et al.*,    :

                          Defendants.  :

------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on September 24, 2021, the Court granted a motion to dismiss filed by ten of the Defendants in this action, Dkt. 84; and

WHEREAS on October 8, 2021, Plaintiff filed a motion for reconsideration of that decision, Dkt. 86;[1]

IT IS HEREBY ORDERED that Defendants' response to the motion for reconsideration is due no later than **Friday, October 29, 2021** and Plaintiff's reply in support of his motion is due no later than **Friday, November 5, 2021**.

The Clerk of Court is respectfully directed to reinstate the following Defendants: Marcie Lyn Sanders, Franklin Ury, Suzanne Ury, Michael Ury, Robinson Brog Leinwand Greene Genovese & Gluck PC, Scott Lavin, A. Mitchell Greene, Anthony Domino Jr., Andrew Lankler, and Baker Botts LLP.

---

[1] In Plaintiff's motion for reconsideration, he notes that many of the Court's citations to the divorce judgment do not support the conclusions made in the Court's opinion. *See, e.g.*, Motion, Dkt. 86 at 2 (noting that the Court cited to page 54 of the divorce judgment, which does not exist). In the Court's opinion, except as to the parties' briefs in support and in opposition to the motion to dismiss, the Court cited to the ECF page numbers listed at the top of each page and not to the page numbers found at the bottom of the filings.

**SO ORDERED.**

Date:  **October 16, 2021**
         **New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**